**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 13, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00651-CV

---

## BACM 2006-4 PARK ROW, LLC, Appellant

### V.

## EZRA BEYMAN, Appellee

---

### On Appeal from the 164th District Court
### Harris County, Texas
### Trial Court Cause No. 2010-55621

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed May 14, 2014. On November 3, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Jamison and Donovan.